%JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
VICTOR and CORA LEE MILLER

## DEFENDANTS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff   CLARK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
THOMAS E. CROWE, ESQ.
7381 W. CHARLESTON, #110, LAS VEGAS, NV 89117

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product  Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability  ☐ 365 Personal Injury - | of Property 21 USC 881 |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &  Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander  ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'  Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability  Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine  **PERSONAL PROPERTY** | Safety/Health |  | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product  ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability  ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability  ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal  Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☒ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment  Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/  **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations  ☐ 530 General |  | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare  ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | Under Equal Access |
|  | Employment  ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - |  | to Justice |
|  | ☐ 446 Amer. w/Disabilities -  ☐ 555 Prison Condition | Alien Detainee |  | ☐ 950 Constitutionality of |
|  | Other | ☐ 465 Other Immigration |  | State Statutes |
|  | ☐ 440 Other Civil Rights | Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
I.R.C. 6532
Brief description of cause:
COMPLAINT FOR REFUND

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                         DOCKET NUMBER

DATE
10/20/09

SIGNATURE OF ATTORNEY OF RECORD
T.M.E. Crowe

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

E FILED ON 10/20/09
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
State Bar No.   3048
7381 W. Charleston Blvd.
Suite 110
Las Vegas, NV   89117
(702) 794-0373
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VICTOR MILLER and CORA LEE MILLER,    )
                                       )
           Plaintiffs,                 )
                                       )  * * * * * *
v.                                     )
                                       )      CASE NO.
UNITED STATES OF AMERICA,              )
                                       )
           Defendant.                  )
_____)

COMPLAINT FOR REFUND

Come now, the Plaintiffs, VICTOR MILLER and CORA LEE MILLER, by and through their attorney, THOMAS E. CROWE, ESQ., and as and for their claim for relief against the Defendant, allege as follows:

JURISDICTION

1.   Jurisdiction of this action is based upon provisions of 28 U.S.C. §1346(a)(1), this action being for a claim for refund claim under I.R.C. §6532(a)(1).

VENUE AND APPROPRIATE DIVISION

2.   Under provisions of 28 U.S.C. §1402(c), venue in this action is properly placed in

the judicial district wherein the Plaintiff resides.   Such judicial district is the District of Nevada.

COUNT ONE

3.     On or about October 15, 2007, Plaintiffs filed their delinquent tax returns for the tax years 2000, 2002, 2005 and 2006.   On or about December 28, 2007, Plaintiffs filed their delinquent tax return for the tax year 2001.

4.     Despite the filing of those returns, Defendant continued to levy on Plaintiffs' earnings, resulting in the full payment of any liabilities to Defendant by June of 2007.

5.     Since that date and continuing through May 2009, Defendant continued to levy on Plaintiffs' earnings in a total amount in excess of $100,000.00 during the previous two year period.

6.     Pursuant to I.R.C. §6532, all or a portion of such amounts constitute a refundable overpayment of income tax to Plaintiffs.

7.     Plaintiffs' refund requests contained in Plaintiffs' filed returns have been deemed denied by lack of response to said requests under I.R.C. §6532(1).

8.     Plaintiffs herein request that the Court order the refund of said monies to Plaintiffs with interest as provided by law.

COUNT TWO

9.     Plaintiffs repeat and reallege the facts contained in paragraphs 1 through 8 above as though fully set forth herein.

10.     Although Plaintiffs paid in all amounts necessary to satisfy their liability to the United States by June 2007, Defendant continued to levy upon Mr. Miller's salary from Clark County Nevada until May, 2009.

11.     Plaintiffs have exhausted all administrative remedies available to attempt to have the levy abated.

12.     Plaintiffs have suffered economic damages as a result of the improper levy in an amount not in excess of One Million Dollars ($1,000,000.00).

WHEREFORE, Plaintiffs pray

provided by law;

1.    That the Court order the refund of said monies to Plaintiffs with interest as

2.    For economic damages in an amount in not in excess of $1,000,000.00;

3.    For punitive damages;

4.    For attorney's fees and costs and interest as provided by law; and

5.    For such other and further relief as the Court may deem proper.

DATED this 20th day of October, 2009.

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

/s/ THOMAS E. CROWE
THOMAS E. CROWE, ESQ.
State Bar No. 3048
7381 W. Charleston Blvd.
Suite 110
Las Vegas, NV   89117
Attorney for Plaintiffs

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| VICTOR AND CORA LEE MILLER | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. |
| UNITED STATES OF AMERICA | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   ATTORNEY GENERAL
10TH and CONSTITUTION
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THOMAS E. CROWE, ESQ.
7381 W. CHARLESTON BLVD.
SUITE 110
LAS VEGAS, NV  89117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

VICTOR AND CORA LEE MILLER

*Plaintiff*

v.

UNITED STATES OF AMERICA

*Defendant*

)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED STATES ATTORNEY
DISTRICT OF NEVADA
333 LAS VEGAS BLVD. SOUTH
SUITE 5000
LAS VEGAS, NV 89101

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    THOMAS E. CROWE, ESQ.
7381 W. CHARLESTON BLVD.
SUITE 110
LAS VEGAS, NV 89117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                _____
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

VICTOR AND CORA LEE MILLER

_Plaintiff_

v.

UNITED STATES OF AMERICA

_Defendant_

) ) ) ) ) ) )

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   INTERNAL REVENUE SERVICE
210 E. EARLL DR.
PHOENIX, AZ 85013
ATT: AREA DIRECTOR

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THOMAS E. CROWE, ESQ.
7381 W. CHARLESTON BLVD.
SUITE 110
LAS VEGAS, NV 89117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_